UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* NOAH RUDOLPH, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>INCHCAPE SHIPPING SERVICES HOLDINGS LIMITED, *et al.*,<br><br>  Defendants. | Civil Action No. 10-1109 (RBW)<br><br>UNDER SEAL |

## UNITED STATES' NOTICE OF ELECTION TO INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States notifies the Court that it hereby intervenes and intends to proceed with this action. As explained in the United States' motion for an extension of time dated August 12, 2014, the parties continue to discuss the possibility of a negotiated resolution of this matter. In order to facilitate those discussions, the United States' August 12, 2014, motion requested that this Court extend the seal to and including December 11, 2014. For the same reason, the United States respectfully requests that the Court establish December 11, 2014, as the date on which the United States' complaint in intervention shall be filed in this matter.

The United States reserves the right to seek the dismissal of the Relator's action or claim on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

A proposed order accompanies this Notice.

\* \* \*

Dated: September 2, 2014
      Washington, DC

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: /s/
    BRIAN P. HUDAK
    Assistant United States Attorney
    555 Fourth Street, NW
    Washington, DC 20530
    (202) 252-2549

MICHAEL D. GRANSTON
MICHAL TINGLE, D.C. Bar #421587
ROBERT E. CHANDLER
Attorneys, Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 261 Ben Franklin Station
Washington, D.C. 20044
(202) 514-4678

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of September, 2014, I caused a true and correct copy of the foregoing to be served on counsel for Relators by first-class mail to:

Janet L. Goldstein
Vogel, Slade & Goldstein LLP
1718 Connecticut Ave., NW, 7th Floor
Washington, DC 20009

Pursuant to 31 U.S.C. § 3729, *et seq.*, defendant has not been served with copies of the foregoing Application, and the Government's memorandum in support has not been served on any other party.

BRIAN P. HUDAK
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2549
brian.hudak@usdoj.gov